**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **WALTER BARNES,** | ) | **CASE NO. 8:07CV348** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **RITE-STYLE OPTICAL COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion for Extension of Time. The Plaintiff is seeking an extension of five additional days to respond to the Defendant's Motion for Summary Judgment. The Defendant does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 36) is granted; and

2. The Plaintiff shall respond to the Defendant's Motion for Summary Judgment by filing his brief and index of evidence, if any, on or before August 29, 2008.

DATED this 25th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge